# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

ETHAN EDGERTON, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

AVENUE5 RESIDENTIAL LLC, a Delaware foreign limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-02650

[*Removed from King County Superior Court Case No. 26-2-19029-1 KNT*]

**NOTICE OF APPEARANCE OF TIFFANY L. LEE ON BEHALF OF DEFENDANT AVENUE5 RESIDENTIAL LLC**

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

-1-

BRADLEY BERNSTEIN SANDS
2800 1st Avenue, Suite 326
Seattle, WA 98121

PLEASE TAKE NOTICE that, without waiving any defense, Tiffany L. Lee, of Bradley Bernstein Sands LLP, who is admitted to practice before this Court, hereby enters her appearance on behalf of Defendant Avenue5 Residential LLC in the above-titled action and requests that notice of all further proceedings, except original process, be served upon the undersigned at the address stated below or electronically through the Court's CM/ECF system.

Dated:  July 27, 2026

BRADLEY BERNSTEIN SANDS LLP


/s/ Tiffany L. Lee
Tiffany L. Lee, WSBA No. 51979

2800 First Avenue, Suite 326
Seattle, WA 98121
Telephone: 206.474.3281
Email: tlee@bradleybernstein.com


Gal Gressel, *Pro Hac Vice application forthcoming*
Victoria B. Ayeni, *Pro Hac Vice application forthcoming*
Jaskarenpreet K. Gill, *Pro Hac Vice application forthcoming*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947
Email:  ggressel@sheppard.com
          vayeni@sheppard.com
          jgill@sheppard.com

Attorneys for Defendant
*AVENUE5 RESIDENTIAL LLC*

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT

-2-

BRADLEY BERNSTEIN SANDS
2800 1st Avenue, Suite 326
Seattle, WA 98121