# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ETHAN EDGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVENUE5 RESIDENTIAL LLC, a Delaware foreign limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-2650<br><br>[*Removed from King County Superior Court Case No. 26-2-19029-1 KNT*]<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT

-1-

BRADLEY BERNSTEIN SANDS
2800 1st Avenue, Suite 326
Seattle, WA 98121

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.1, the undersigned counsel of record for Avenue5 Residential LLC, certifies the following:

The undersigned counsel of record for Defendant Avenue5 Residential LLC ("Defendant"), hereby submits the following corporate disclosure statement:

Defendant is wholly owned by Avenue5 Partners LLC.

Defendant is not a publicly traded entity and has no publicly traded corporation owning 10% or more of its stock.

Defendant will advise the Court in the event that it learns of any additional parties that should be identified.

Dated:  July 27, 2026                BRADLEY BERNSTEIN SANDS LLP


*/s/ Tiffany L. Lee*
Tiffany L. Lee, WSBA No. 51979

2800 First Avenue, Suite 326
Seattle, WA 98121
Telephone: 206.474.3281
Email: tlee@bradleybernstein.com


Gal Gressel, *Pro Hac Vice application forthcoming*
Victoria B. Ayeni, *Pro Hac Vice application forthcoming*
Jaskarenpreet K. Gill, *Pro Hac Vice application forthcoming*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947
Email:  ggressel@sheppard.com
            vayeni@sheppard.com
            jgill@sheppard.com

Attorneys for Defendant
*AVENUE5 RESIDENTIAL LLC*

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT                -2-

BRADLEY BERNSTEIN SANDS
2800 1st Avenue, Suite 326
Seattle, WA 98121