# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

ETHAN EDGERTON, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

AVENUE5 RESIDENTIAL LLC, a Delaware foreign limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-02650

[*Removed from King County Superior Court Case No. 26-2-19029-1 KNT*]

**DEFENDANT'S NOTICE OF RELATED CASE AND PENDENCY OF OTHER ACTION IN ANOTHER JURISDICTION OR FORUM**

DEFENDANT'S NOTICE OF RELATED CASE
AND PENDENCY OF OTHER ACTION IN
ANOTHER JURISDICTION OR FORUM

1

BRADLEY BERNSTEIN SANDS
2800 1st Avenue, Suite 326
Seattle, WA 98121

Pursuant to Local Civil Rules 3(h) and 3(g)(3), Defendant Avenue5 Residential LLC ("Avenue5") submits this Notice of Related Case and Pendency of Action.  The related case is *Kyle Carter v. Avenue5 Residential LLC et al.*, Super. Ct. Washington, Benton Cnty., No. 26-2-01499-03 (the "Carter Action").

On June 11, 2026, Plaintiff Ethan Edgerton filed this putative class action against Avenue5 on behalf of all current and former non-exempt employees who worked for Avenue5 in Washington from three years prior to filing through the date of class certification.  Edgerton alleges Avenue5 engaged in a systematic pattern of Washington wage and hour violations, including failure to pay all regular and overtime wages, failure to provide required rest and meal breaks, failure to accrue and permit use of paid sick leave, failure to pay all wages due at termination, and imposition of unlawful noncompetition covenants.

On June 16, 2026, Plaintiff Kyle Carter filed the Carter Action in Benton County Superior Court on behalf of all current and former hourly-paid or non-exempt employees who worked for Avenue5 in Washington during the three years preceding filing.  Carter asserts the same Washington wage and hour claims, including failure to provide required rest and meal breaks and compensation for off-the-clock work, failure to pay overtime, failure to accrue and allow use of paid sick leave, failure to pay all wages at termination and at established pay periods, failure to furnish proper wage statements, failure to maintain adequate records, and imposition of unlawful noncompetition covenants.

Both Plaintiffs were employed by Avenue5 as non-exempt Washington employees during overlapping periods and both actions arise from the same claimed alleged violations of Washington's employment laws.

The cases substantially overlap, and a determination of relatedness may eliminate unduly burdensome duplication of labor and expense and the potential for conflicting results if the cases are conducted before different judges.

DEFENDANT'S NOTICE OF RELATED CASE AND PENDENCY OF OTHER ACTION IN ANOTHER JURISDICTION OR FORUM

Page 2 —

BRADLEY BERNSTEIN SANDS
2800 1st Avenue, Suite 326
Seattle, WA 98121

While a transfer cannot be effected because the case is in Washington state court, Defendant believes that coordination of the cases would likely avoid conflict, conserve resources, and promote efficient determination of the actions.

Dated:  July 27, 2026

BRADLEY BERNSTEIN SANDS LLP


/s/ Tiffany L. Lee
Tiffany L. Lee, WSBA No. 51979

2800 First Avenue, Suite 326
Seattle, WA 98121
Email: tlee@bradleybernstein.com
Telephone: 206.474.3281


Gal Gressel, *Pro Hac Vice application forthcoming*
Victoria B. Ayeni, *Pro Hac Vice application forthcoming*
Jaskarenpreet K. Gill, *Pro Hac Vice application forthcoming*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947
Email:  ggressel@sheppard.com
            vayeni@sheppard.com
            jgill@sheppard.com


Attorneys for Defendant
*AVENUE5 RESIDENTIAL LLC*

DEFENDANT'S NOTICE OF RELATED CASE AND PENDENCY OF OTHER ACTION IN ANOTHER JURISDICTION OR FORUM

Page 3 —

BRADLEY BERNSTEIN SANDS
2800 1st Avenue, Suite 326
Seattle, WA 98121