# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

ETHAN EDGERTON, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

AVENUE5 RESIDENTIAL LLC, a Delaware foreign limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-02650

**DECLARATION OF GAL GRESSEL IN SUPPORT OF DEFENDANT AVENUE5 RESIDENTIAL LLC'S MOTION TO COMPEL ARBITRATION**

NOTE ON MOTION CALENDAR:  August 28, 2026

ORAL ARGUMENT REQUESTED

DECLARATION OF G. GRESSEL IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
Case No. 2:26-cv-02650

-1-

SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Four Embarcadero Center, 17th Floor,
San Francisco, CA 94111
T: 415-434-9100; F: 415-434-3947

**DECLARATION OF GAL GRESSEL**

I, Gal Gressel, declare under penalty of perjury as follows:

1.    I am a partner with the law firm of Sheppard, Mullin, Richter & Hampton, LLP, attorneys of record for Defendant Avenue5 Residential LLC ("Defendant" or "Avenue5"). I have personal knowledge of the facts set forth below or have obtained such knowledge from my review of the case file or court records, and make this declaration in support of Defendant's Motion to Compel Arbitration, Dismiss or Strike Class Claims, and Stay Action Pending Arbitration. If sworn as a witness, I could and would testify as set forth herein.

2.    On June 11, 2026, Plaintiff filed a class action in Washington Superior Court, King County. The Complaint asserted eight causes of action, for alleged wage and hour, noncompete, and statutory violations.

3.    On July 2, 2026, Avenue5 filed a Notice of Appearance in King County Superior Court. That same day, the Parties filed a stipulation extending the responsive pleading deadline to July 28, 2026, with the King County Superior Court of Washington. The Court granted and entered the Parties' stipulation on July 6, 2026.

4.    On July 8, 2026, my office met and conferred with Plaintiff's counsel and requested that Plaintiff abide by his arbitration agreement, dismiss his class claims, and stipulate to the arbitration of his individual claims. However, Plaintiff declined to abide by his arbitration agreement and refused to stipulate. Plaintiff contends that the agreement contains "defects." On July 15, 2026 I sent an email to Plaintiff's counsel requesting that they explain what those purported defects are, but as of the date of this motion, I have not received a response.

5.    On July 27, 2026, Avenue5 filed a Notice of Removal from Washington Superior Court, County of King, to this Court under the Class Action Fairness Act, 28 U.S.C. § 1332(d) ("CAFA").

///

///

///

///

DECLARATION OF G. GRESSEL IN SUPPORT OF     -2-    SHEPPARD MULLIN RICHTER & HAMPTON, LLP
DEFENDANT'S MOTION TO COMPEL ARBITRATION          Four Embarcadero Center, 17th Floor,
Case No. 2:26-cv-02650                                                          San Francisco, CA 94111
                                                                          T: 415-434-9100; F: 415-434-3947

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of July, 2026

/s/ Gal Gressel
GAL GRESSEL

DECLARATION OF G. GRESSEL IN SUPPORT OF          -3-     SHEPPARD MULLIN RICHTER & HAMPTON, LLP
DEFENDANT'S MOTION TO COMPEL ARBITRATION                  Four Embarcadero Center, 17th Floor,
Case No. 2:26-cv-02650                                                                   San Francisco, CA 94111
                                                                                      T: 415-434-9100; F: 415-434-3947