UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ETHAN EDGERTON, individually and on behalf of all other similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>AVENUE5 RESIDENTIAL LLC, a Delaware foreign limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:26-cv-2650<br><br>NOTICE OF APPEARANCE OF LAUREN N. VEGA ON BEHALF OF PLAINTIFF ETHAN EDGERTON |

PLEASE TAKE NOTICE THAT Lauren N. Vega of Ferraro Vega Employment Lawyers, Inc., hereby enters her appearance in the above case on behalf of Plaintiff Ethan Edgerton ("Plaintiff"). You are hereby requested to serve all further papers and pleadings in this case at the address stated below.

//

NOTICE OF APPEARANCE OF
LAUREN N. VEGA ON BEHALF
OF PLAINTIFF
Page 1 of 2

**Ferraro Vega Employment Lawyers, Inc.**
3333 Camino del Rio South, Suite 300
San Diego, California 92108
Phone: (619) 693-7727
Facsimile: (619) 350-6855

//

//

Dated: July 29, 2026            ***Ferraro Vega Employment Lawyers, Inc.***


                                */s/ Lauren N. Vega*
                                Lauren N. Vega
                                Nicholas J. Ferraro
                                *Attorneys for Plaintiff Ethan Edgerton*

NOTICE OF APPEARANCE OF
LAUREN N. VEGA ON BEHALF
OF PLAINTIFF
Page 2 of 2

**Ferraro Vega Employment Lawyers, Inc.**
3333 Camino del Rio South, Suite 300
San Diego, California 92108
Phone: (619) 693-7727
Facsimile: (619) 350-6855