**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ETHAN EDGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVENUE5 RESIDENTIAL LLC, a Delaware foreign limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26−cv−02650−GJL<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR INITIAL SCHEDULING DATES** |


SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Four Embarcadero Center, 17th Floor,
San Francisco, CA 94111
T: 415-434-9100; F: 415-434-3947

**ORDER**

This matter having come before the Court upon the Stipulation of the parties set forth above, and it appearing to the Court that the following Order should be entered herein, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the deadlines for the Rule 26(f) conference, Initial Disclosures, and Combined Joint Status Report and Discovery Plan shall be continued and set to the following dates:

- October 15, 2026: Rule 26(f) conference
- October 29, 2026: Initial Disclosures
- November 5, 2026: Combined Joint Status Report and Discovery Plan

Dated this ___ day of ________, 2026.

_______________________________
GRADY J. LEUPOLD
United States Magistrate Judge

Presented by:

BRADLEY BERNSTEIN SANDS LLP

By: */s/ Tiffany L. Lee*
Tiffany L. Lee, WSBA No. 51979
Attorney for Defendant

_______________________________
FERRARO VEGA EMPLOYMENT LAWYERS, INC.

By: */s/ Erin O'Leary*
Erin O'Leary, WSBA No. 46803
Attorney for Plaintiff