UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ETHAN EDGERTON,

Plaintiff,

v.

AVENUE5 RESIDENTIAL LLC, *et al.*,

Defendants.

CASE NO. 2:26-cv-02650-GJL

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR INITIAL SCHEDULING DATES

This matter is before the Court on the Stipulation to Extend Time for Initial Scheduling Dates ("Motion") of Plaintiff Ethan Edgerton and Defendant Avenue5 Residential LLC ("Defendant").[1] Dkt. 16. On July 28, 2026, Defendant filed a motion to compel arbitration in this matter. Dkt. 8. Should the Court grant Defendant's motion to compel arbitration (Dkt. 8), certain claims may be stricken or dismissed such that no discovery or further action would proceed before the Court. Therefore, the Court finds good cause to grant the Parties' Stipulation to Extend Time for Initial Scheduling Dates (Dkt. 16).

[1] Defendants Does 1 through 10 have not yet been identified nor have they appeared in this matter. *See* Dkt. 1-2. Accordingly, the Court finds Defendants Does 1 through 10 will not be prejudiced by granting this Motion.

The Court **GRANTS** the Parties' Motion and **ORDERS** the initial scheduling dates in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 14) are amended as follows:

| | |
|---|---|
| Deadline for Fed. R. Civ. P. 26(f) Conference: | October 15, 2026 |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | October 29, 2026 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f): | November 5, 2026 |

Dated this 21st day of August, 2026.

Grady J. Leupold
United States Magistrate Judge