**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

ETHAN EDGERTON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AVENUE5 RESIDENTIAL LLC, a Delaware foreign limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-02650

**CLASS ACTION**

**SUPPLEMENTAL DECLARATION OF BETSY FILLMORE IN SUPPORT OF DEFENDANT AVENUE5 RESIDENTIAL LLC'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

NOTE ON MOTION CALENDAR: August 28, 2026

ORAL ARGUMENT REQUESTED

**DECLARATION OF BETSY FILLMORE**

I, Betsy Fillmore declare as follows:

1. I am a Vice President of Human Resources of Defendant Avenue5 Residential LLC ("Avenue5"). This supplemental declaration is submitted in support of Avenue5's Motion to Compel Arbitration, Dismiss or Strike Class Claims, and Stay Action Pending Arbitration. Through my position at Avenue5, and documents I have access to and custody of as a result of my position, I have personal knowledge of the facts set forth in this declaration and could testify completely thereto.

2. In my role as Vice President of Human Resources for Avenue5, I am familiar with Avenue5's human resource operations and systems, including its policies and practices pertaining to onboarding and execution of a mutual arbitration agreement to arbitrate claims ("Arbitration Agreement") signed by Avenue5 and Avenue5 employees ("associates"). In and through the regular scope of my duties, I have regular access to and am familiar with Avenue5's human resource applications, databases, and business records. From these records, I am able to determine whether individuals are current or former associates of Avenue5 and whether such individuals signed Avenue5's Arbitration Agreements, and acknowledged receipt of Avenue5 employment-related policies. Avenue5's business records referenced in this declaration were prepared and maintained by associates who had a business duty to prepare and maintain such records and the records were kept in the ordinary course of business. The entries made in Avenue5's business records were made at or near the time of the occurrence of the events recorded in such records.

3. In the ordinary course of business, and as a regularly occurring part of my role as the Vice President of Human Resources at Avenue5, I oversee, create and maintain electronic applications used by Avenue5's Human Resources department. I have personal knowledge at a detailed level of how Avenue5's electronic systems function and are used to manage documents, including the third-party human resources management software system, My5, that is operated by Exponent HR.

4. In addition to being used to collect, store, track, and administer general personnel and human resources information of various kinds, Avenue5 uses My5, in relevant part, to onboard associates, including to disseminate for review and electronic signature onboarding documents, employment-related policies, and Arbitration Agreements. I have personal knowledge of and am familiar with how My5 has been used by Avenue5 to send Arbitration Agreements to associates, and how the Arbitration Agreements are processed and stored after associates sign the Arbitration Agreements. The Arbitration Agreement was a condition of employment and provided separately from other pre-hire documents given to associates.

5. Based on my review of Avenue5's human resources management system, on November 21, 2024, My5 sent an email to the personal email address that he provided (ethanedgerton2@gmail.com), which prompted him to set up and access his My5 account and Avenue5's onboarding portal. Mr. Edgerton set up his My5 account on November 22, 2024, pursuant to the process I described in my prior declaration.

6. Mr. Edgerton began his employment with Avenue5 on December 3, 2024. That same day, Avenue5 sent Mr. Edgerton messages, to both his personal and work email addresses, requesting that he complete various onboarding tasks. One of those tasks was specific to the Arbitration Agreement. It advised him that the Arbitration Agreement was available for his review and acknowledgment. The message requested that Mr. Edgerton complete his review of the Arbitration Agreement by December 6, 2024 – three days later. A true and correct copy of the December 3, 2024 message to Mr. Edgerton is attached as **Exhibit A**.

7. The My5 portal retains information about when Mr. Edgerton logged into the portal and his activity during that time. A true and correct copy of Mr. Edgerton's access to his My5 portal, from December 3-6, 2024 is attached as **Exhibit B**. As shown in Exhibit B, Mr. Edgerton accessed his My5 portal and the onboarding documents in particular (titled "Onboarding EEDocuments"). This activity includes:

- December 3, 2024 at 8:44 am, 8:46 am, 10:57 am, and 5:11 pm.
- December 4, 2024 at 1:49 pm.
- December 5, 2024 at 11:56 am.
- December 6, 2024 at 11:15 am through 11:46 am.

8. As described in my previous declaration, Mr. Edgerton reviewed and accessed the Arbitration Agreement in My5. After completing his review of the Arbitration Agreement, Mr. Edgerton could either: (1) agree to the Arbitration Agreement by clicking "Acknowledge & Complete Task" or (2) not agree to the Arbitration Agreement, by clicking "Exit." A true and correct copy of the display screen view illustrating Mr. Edgerton's options is attached as **Exhibit C**. As I explained in my prior declaration, Mr. Edgerton clicked "Acknowledge & Complete Task."

DATED this 25th day of August, 2026.

DocuSigned by:
Betsy Fillmore
163BAA22D2A74AE...

BETSY FILLMORE

# EXHIBIT A

**New Hire Onboarding Task (00195)**

Resend Email

| | |
|---|---|
| Name: | Edgerton, Ethan A. |
| Date Received: | 12/03/2024 5:04 AM |
| Message Type: | Onboarding |
| Message Status: | Email Sent - 12/03/2024 5:05 AM |
| Email Status: | 12/03/2024 5:05 AM (to work email & personal email) |

---

The following onboarding task begins today. Click the link below to view the task details.

| | |
|---|---|
| Task: | Avenue5 Residential \| Arbitration Agreement \| New Associate |
| Due Date: | 12/06/2024 |

# EXHIBIT B

| Employee Name | LoginID | DateTime | Web Page |
|---|---|---|---|
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:41 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:42 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:42 AM | Website Agreement Terms |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:44 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:44 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:44 AM | Mgmt to Personal View |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:44 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:44 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:46 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:46 AM | Mgmt to Personal View |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:46 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:46 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 10:57 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 10:57 AM | Mgmt to Personal View |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 10:57 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 10:57 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 10:57 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 10:57 AM | YearEnd Form Delivery Prompt |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 10:57 AM | YearEnd Form Delivery Prompt |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 10:57 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 10:57 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:00 AM | Mgmt to Personal View |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:00 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:00 AM | Mgmt to Personal View |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:00 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:00 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:01 AM | Mgmt to Personal View |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:01 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:01 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:14 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:14 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:15 AM | Mgmt to Personal View |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:15 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:15 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:15 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:16 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 11:16 AM | Employee Welcome Page |

| Employee Name | LoginID | DateTime | Web Page |
|---|---|---|---|
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 3:35 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 3:35 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 3:35 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 4:41 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 4:41 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 4:44 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 4:44 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 4:44 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 4:44 PM | I9 Form |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 4:45 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 4:45 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 4:54 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 4:54 PM | I9 Form |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 5:05 PM | PDF Create/Generate |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 5:05 PM | PDF Create/Generate |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 5:06 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 5:06 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 5:08 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 5:08 PM | Onboarding EECustomTable |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 5:10 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 5:10 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 5:11 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 5:11 PM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 5:11 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 5:11 PM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:09 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:09 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:10 PM | Time Clock |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:10 PM | Time Clock - Edit |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:10 PM | Time Clock - Edit |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:10 PM | Time Clock |
| EDGERTON, ETHAN A | ethanedgerton | 12/3/24 8:10 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 11:03 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 11:03 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 11:03 AM | Secondary Authentication |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 11:03 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 11:03 AM | Employee Welcome Page |

| Employee Name | LoginID | DateTime | Web Page |
|---|---|---|---|
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 1:49 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 1:49 PM | Mgmt to Personal View |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 1:49 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 1:49 PM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 2:55 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 2:55 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 3:57 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 3:57 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 8:04 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/4/24 8:04 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 10:58 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 10:58 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 10:59 AM | Time Clock |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 11:56 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 11:56 AM | Mgmt to Personal View |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 11:56 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 11:56 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 11:56 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 11:56 AM | Mgmt to Personal View |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 11:56 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 11:56 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 11:56 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 11:56 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 11:56 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 12:01 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 12:01 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 12:03 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 12:03 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 2:48 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 2:48 PM | Mgmt to Personal View |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 2:48 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 2:48 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 2:53 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 2:54 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 2:54 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 4:28 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 4:31 PM | Onboarding Portal |

| Employee Name | LoginID | DateTime | Web Page |
|---|---|---|---|
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 4:31 PM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 8:01 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 8:01 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 8:08 PM | Time Clock |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 8:08 PM | Time Clock - Edit |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 8:09 PM | Time Clock - Edit |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 8:09 PM | Time Clock |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 8:09 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 8:11 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/5/24 9:45 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 10:52 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 10:52 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:09 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:09 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:15 AM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:15 AM | Mgmt to Personal View |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:15 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:15 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:15 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:16 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:16 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:16 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:16 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:17 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:17 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:17 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:17 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:17 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:18 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:18 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:18 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:18 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:18 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:19 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:19 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:19 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:19 AM | Onboarding EEDocuments |

| Employee Name | LoginID | DateTime | Web Page |
|---|---|---|---|
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:19 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:20 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:20 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:20 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:20 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:20 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:20 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:21 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:21 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:21 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:21 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:21 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:21 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:22 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:22 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:23 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:24 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:24 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:25 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:25 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:25 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:25 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:25 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:25 AM | Onboarding Portal |

| Employee Name | LoginID | DateTime | Web Page |
|---|---|---|---|
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:25 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:25 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:28 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:28 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:28 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:28 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:28 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:29 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:29 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:29 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:29 AM | Onboarding EEW4 |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:29 AM | W4 Form |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:31 AM | PDF Create/Generate |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:31 AM | PDF Create/Generate |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:32 AM | Onboarding EEW4 |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:32 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:32 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:33 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:33 AM | Onboarding EEACH |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:35 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:35 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:36 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:36 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:44 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:44 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:44 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:46 AM | Onboarding Portal |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 11:46 AM | Onboarding EEDocuments |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 12:57 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 12:57 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 4:16 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 4:16 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 8:06 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 8:06 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 8:07 PM | Employee Welcome Page |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 8:07 PM | Time Clock |
| EDGERTON, ETHAN A | ethanedgerton | 12/6/24 8:07 PM | Time Clock |

# EXHIBIT C

my 5

# Employee Onboarding

Welcome Candidate | Sign Out

Home > To Do > E-Sign Document

Acknowledge & Complete Task Exit

**Avenue5 Residential | Arbitration Agreement 2023**

**Due Date:** **09/04/2026**

## Acknowledgment and Agreement to Arbitrate

I acknowledge that I have received a copy of the Mutual Arbitration Agreement ("Agreement"), a memorandum describing the Agreement, a list of Questions & Answers explaining the arbitration process, and an Addendum Concerning Pending Actions.

I understand that the Agreement is a contract, and that it contains a binding arbitration provision. I acknowledge that I have received and read the Agreement, understand its terms, and have voluntarily decided to accept the terms of the agreement. I understand that the Agreement requires that disputes that involve the matters subject to the Agreement be submitted to arbitration rather than to a judge and jury in court. I also understand and agree that my acceptance of work or my continuing to work for Avenue5 Residential, LLC ("Avenue5") as described in the Agreement will be deemed acceptance of the terms of the Agreement regardless of whether I sign the Agreement. I understand that the Agreement is not a contract of employment and shall not be construed as a commitment by myself or Avenue5 to continue an employment relationship for any certain period of time, nor modify in any way the at-will status of employment.