UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ETHAN EDGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVENUE5 RESIDENTIAL LLC, a Delaware foreign limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26−cv−02650−GJL<br><br>**STIPULATED MOTION TO EXTEND TIME FOR INITIAL SCHEDULING DATES**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 13, 2026** |

Plaintiff ETHAN EDGERTON ("Plaintiff") and Defendant AVENUE5 RESIDENTIAL LLC ("Defendant"), through their undersigned counsel, have stipulated and move this Court to extend deadlines as follows:

On July 28, 2026, Defendant filed a motion to compel arbitration in the above-captioned action with a noted for consideration date of August 28, 2026. If the Court grants Defendant's motion, the class claims will be stricken or dismissed and Plaintiff's individual claims will be decided in arbitration, not before this Court.

On August 21, 2026, the Court approved the parties' stipulation and entered an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. No. 18. The Order set the following deadlines:

- October 15, 2026: Rule 26(f) conference
- October 29, 2026: Initial Disclosures
- November 5, 2026: Combined Joint Status Report and Discovery Plan

Given Defendant's pending motion to compel arbitration, the parties stipulate and request that the Court continue the above-referenced deadlines as follows:

- January 13, 2027, or two weeks after the Court's ruling on the motion to compel arbitration, whichever is earlier: Rule 26(f) conference
- January 27, 2027, or four weeks after the Court's ruling on the motion to compel arbitration, whichever is earlier: Initial Disclosures
- February 3, 2027, or five weeks after the Court's ruling on the motion to compel arbitration, whichever is earlier: Combined Joint Status Report and Discovery Plan



BRADLEY BERNSTEIN SANDS LLP
2800 First Avenue, Suite 326
Seattle, WA 98121
(206) 474-3281

Respectfully submitted this 13th day of October, 2026.

FERRARO VEGA EMPLOYMENT LAWYERS, INC.

By: /s/ *Nicholas J. Ferraro*

Nicholas J. Ferraro, WSBA No. 59674
Erin O'Leary, WSBA No. 46803
3333 Camino del Rio South, Suite 300
San Diego, CA 92108
Tel: 619.693.7727
nick@ferrarovega.com
erin@ferrarovega.com

Attorneys for Plaintiff Ethan Edgerton

BRADLEY BERNSTEIN SANDS LLP

By: /s/ *Tiffany L. Lee*

Tiffany L. Lee, WSBA No. 51979
2800 First Avenue, Suite 326
Seattle, WA 98121
Tel: 206.474.3281
tlee@bradleybernsteinllp.com

Gal Gressel, *Pro Hac Vice*
Victoria B. Ayeni, *Pro Hac Vice*
Jaskarenpreet Gill, *Pro Hac Vice*
ggressel@sheppard.com
vayeni@sheppard.com
jgill@sheppard.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
415.434.9100

Attorneys for Defendant Avenue5 Residential LLC