**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ETHAN EDGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVENUE5 RESIDENTIAL LLC, a Delaware foreign limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26–cv–02650–GJL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR INITIAL SCHEDULING DATES** |


BRADLEY BERNSTEIN SANDS LLP
2800 First Avenue, Suite 326
Seattle, WA 98121
(206) 474-3281

**ORDER**

This matter having come before the Court upon the Stipulation Motion of the parties filed with the court, and it appearing to the Court that the following Order should be entered herein, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the deadlines for the Rule 26(f) conference, Initial Disclosures, and Combined Joint Status Report and Discovery Plan shall be continued and set to the following dates:

- Rule 26(f) conference: January 13, 2027, or two weeks after the Court's ruling on the motion to compel arbitration, whichever is earlier;
- Initial Disclosures: January 27, 2027, or four weeks after the Court's ruling on the motion to compel arbitration, whichever is earlier;
- Combined Joint Status Report and Discovery Plan: February 3, 2027, or five weeks after the Court's ruling on the motion to compel arbitration, whichever is earlier.

Dated this ___ day of ________, 2026.

______________________________
GRADY J. LEUPOLD
United States Magistrate Judge

Presented by:

BRADLEY BERNSTEIN SANDS LLP

By: */s/ Tiffany L. Lee*
Tiffany L. Lee, WSBA No. 51979
Attorney for Defendant

FERRARO VEGA EMPLOYMENT LAWYERS, INC.

By: */s/ Nicholas J. Ferraro*
Nicholas J. Ferraro, WSBA No. 59674
Attorney for Plaintiff