The Honorable Grady J. Leupold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETHAN EDGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL LLC, a Delaware foreign limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:26−cv−02650−GJL<br><br>NOTICE OF APPEARANCE OF THEODORE BRAUN ON BEHALF OF PLAINTIFF ETHAN EDGERTON |

PLEASE TAKE NOTICE THAT Theodore Braun of Ferraro Vega Employment Lawyers, Inc., hereby enters his appearance in the above case on behalf of Plaintiff Ethan Edgerton ("Plaintiff"). You are hereby requested to serve all further papers and pleadings in this case at the address stated below.

//

//

//



**Ferraro Vega Employment Lawyers, Inc.**
3333 Camino del Rio South, Suite 300
San Diego, California 92108
Phone: (619) 693-7727
Facsimile: (619) 350-6855

Dated this 14th day of October, 2026.

Respectfully submitted,

***Ferraro Vega Employment Lawyers, Inc.***

By: ______________________
Theodore Braun (WSBA No. 64455)
Email: theodore@ferrarovega.com
3333 Camino Del Rio South, Suite 300
San Diego, California 92108
Telephone: (619) 693-7727
Facsimile: (619) 350-6855

*Attorney For Plaintiff*

## CERTIFICATE OF SERVICE

I, Jessamyn Roberts, certify and declare that I am now and at all times herein mentioned was a citizen of the United States and resident of the State of California, over the age of eighteen years, not a party to the above-entitled action, and am competent to testify as a witness. I am employed with Ferraro Vega Employment Lawyers, 3333 Camino del Rio South, Suite 300, San Diego, California 92108. On October 14th, 2026, I caused a true and correct copy of the foregoing to be served by the following method to the parties listed below as follows:

| | |
|---|---|
| Tiffany L. Lee, WSBA #51979<br>tlee@bradleybernsteinllp.com<br>BRADLEY BERNSTEIN SANDS LLP<br>2800 First Avenue, Suite 326<br>Seattle, Washington 98121<br>(206) 474-3281<br><br>Gal Gressel, Pro Hac Vice<br>ggressel@sheppard.com<br>Victoria B. Ayeni, Pro Hac Vice<br>vayeni@sheppard.com<br>Jaskarenpreet Gill, Pro Hac Vice<br>jgill@sheppard.com<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>(415) 434-9100<br><br>Attorneys for Defendant Avenue5 Residential LLC | ☐ Via Legal Messenger<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>☐ Via U.S. Mail<br>☒ Via Electronic Filing/Eservice |

DATED this 14th day of October, 2026.

By: */s/ Jessamyn Roberts*
Jessamyn Roberts



**Ferraro Vega Employment Lawyers, Inc.**
3333 Camino del Rio South, Suite 300
San Diego, California 92108
Phone: (619) 693-7727
Facsimile: (619) 350-6855