UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ETHAN EDGERTON,<br><br>Plaintiff,<br><br>v.<br><br>AVENUE5 RESIDENTIAL LLC, *et al.*,<br><br>Defendants. | CASE NO. 2:26-cv-02650-GJL<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR INITIAL SCHEDULING DATES |

This matter is before the Court on the Stipulated Motion to Extend Time for Initial Scheduling Dates ("Motion") of Plaintiff Ethan Edgerton and Defendant Avenue5 Residential LLC ("Defendant").[1] Dkt. 20. Defendant has filed a motion to compel arbitration in this matter. Dkt. 8. Should the Court grant Defendant's motion to compel arbitration (Dkt. 8), certain claims may be stricken or dismissed such that no discovery or further action would proceed before the Court. Therefore, the Court finds good cause to grant the Parties' Stipulated Motion to Extend Time for Initial Scheduling Dates (Dkt. 20).

[1] Defendants Does 1 through 10 have not yet been identified nor have they appeared in this matter. *See* Dkt. 1-2. Accordingly, the Court finds Defendants Does 1 through 10 will not be prejudiced by granting this Motion.

The Court **GRANTS** the Parties' Motion and **ORDERS** the initial scheduling dates in the previous scheduling Order (Dkt. 18) are amended as follows:

| | |
|---|---|
| Deadline for Fed. R. Civ. P. 26(f) Conference: | January 13, 2027, or fourteen days after the Court's ruling on the motion to compel arbitration, whichever is earlier |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | January 27, 2027, or twenty-eight days after the Court's ruling on the motion to compel arbitration, whichever is earlier |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f): | February 3, 2027, or thirty-five days after the Court's ruling on the motion to compel arbitration, whichever is earlier |

Dated this 16th day of October, 2026.

Grady J. Leupold
United States Magistrate Judge